FILED
June 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D33

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title:** | Kalbir K. Johl | **Case No:** | 10-23565 - D - 7 |
| | | **Date:** | 6/9/10 |
| | | **Time:** | 10:00 |
| **Matter:** | [20] - Motion/Application for Relief from Stay [PPR-1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (lars) | | |
| **Judge:** | Robert S. Bardwil | | |
| **Courtroom Deputy:** | Nancy Williams | | |
| **Reporter:** | Diamond Reporters | | |
| **Department:** | D | | |

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is granted as provided in this order. Automatic stay vacated; Fed. Rule Bank. 4001(a)(3) waived; no further relief afforded. Resolved without oral argument.

Dated: June 14, 2010

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court