UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Kalbir K. Johl | **Case No :** | 10−23565 − D − 7 |
| | | **Date :** | 6/9/10 |
| | | **Time :** | 10:00 |
| **Matter :** | [20] − Motion/Application for Relief from Stay [PPR−1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (lars) | | UNOPPOSED |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Nancy Williams | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

MOTION was :


Final Ruling: The matter is resolved without oral argument. The court's records indicate that no timely opposition has been filed and the relief requested in the motion is supported by the record. As such the court will grant relief from stay. As the debtor's Statement of Intentions indicates he will surrender the property, the court will also waive FRBP 4001(a)(3) by minute order. There will be no further relief afforded. No appearance is necessary.