FILED
November 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D49

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Kalbir K. Johl | **Case No :** | 10-23565 - B - 13J |
| | | **Date :** | 11/10/10 |
| | | **Time :** | 01:00 |

**Matter :** [45] - Motion/Application to Dismiss Case for Failure to Make Plan Payments [JPJ-1] Filed by Trustee Jan P. Johnson (dhes)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
    Kristen Koo (for the Trustee)
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted. The case is dismissed for unreasonable delay that is prejudicial to creditors.

Dated: November 15, 2010

Thomas C. Holman
United States Bankruptcy Judge